## UNITED STATE DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHANETTE WASHINGTON** | : | **CIVIL ACTION NO. 24-01577** |
| *Plaintiff* | | |
| | | |
| **VERSUS** | : | **JUDGE JERRY EDWARDS, JR.** |
| | | |
| **UNIVERSITY OF LOUISIANA** | : | **MAGISTRATE JUDGE KAYLA** |
| **AT MONROE** | | **D. MCCLUSKY** |
| *Defendant* | | |

### <u>RULE 12(B)(6) MOTION TO DISMISS</u>

NOW INTO COURT, through undersigned counsel, comes Defendant, The Board of Supervisors of the University of Louisiana System d/b/a The University of Louisiana at Monroe, who, without waiving and expressly reserving all rights, defenses, and objections, respectfully requests this Honorable Court to dismiss the claims asserted against Defendant, in their entirety, in the Complaint, filed by Plaintiff, Shanette Washington.

For the factual and legal reasons detailed more fully in the attached Memorandum in Support, Defendant respectfully submits that Shanette Washington has failed to state a claim upon which relief can be granted. Accordingly, dismissal is appropriate.

Date:   May 8, 2025

Respectfully submitted,

LIZ MURRILL,
Attorney General

By: /s/ *Sara G. White*
JAY P. ADAMS, Bar No. 18755
SARA G. WHITE, Bar No. 34569
**Hudson, Potts & Bernstein, L.L.P.**
P.O. Drawer 3008
Monroe, Louisiana 71210-3008
Phone: (318) 388-4400
Fax: (318) 322-4194
Email:  jadams@hpblaw.com
            swhite@hpblaw.com